IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VIOLET GOODWIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PETER BATALLION,<br><br>　　　　　Defendant. | 8:23CV14<br><br>MEMORANDUM<br>AND ORDER |

Plaintiff Violet Goodwin ("Goodwin"), a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis (Filing No. 7). Upon review of Goodwin's motion and supporting materials, the Court finds that Goodwin is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Goodwin is advised that the next step in her case will be for the Court to conduct an initial review of her claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 7th day of February 2023.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Robert F. Rossiter, Jr.* (signature)
　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　Chief United States District Judge